# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 597 EAL 2015

         Respondent     :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Superior Court

         v.                    :

                           :

BERTRAM WILLIAMS,           :

                           :

         Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.